### 29630. SNOW *v.* THE STATE.

GARDNER, J. The defendant was convicted of assault with intent to murder. His motion or new trial which was based on the general grounds only was overruled, and he excepted. The evidence, though conflicting, was sufficient to sustain the verdict. The court did not err in overruling the motion.

*Judgment affirmed. Broyles, C.,J., and MacIntyre, J., concur.*

DECIDED JUNE 27, 1942. REHEARING DENIED JULY 25, 1942.

*Frank A. Bowers,* for plaintiff in error.

*John A. Boykin, solicitor-general, E. E. Andrews, Durwood T. Pye,* contra.